408

(No. 32566.—)
THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* AUGUSTINE B. GONZALEZ *et al.,* Plaintiffs in Error.

*Opinion filed March 23, 1953.*

STEPHEN LEE, of Chicago, for plaintiffs in error.

IVAN A. ELLIOTT, Attorney General, of Springfield, and JOHN GUTKNECHT, State's Attorney, of Chicago, (JOHN T. GALLAGHER, RUDOLPH L. JANEGA, ARTHUR F. MANNING, and GEORGE COTSIRILOS, all of Chicago, of counsel,) for the People.

Mr. JUSTICE SCHAEFER delivered the opinion of the court:

The defendants, Augustine B. Gonzalez, Robert Gonzalez and George Robles, together with Encarnation Gonzalez and Joseph Luna, were indicted in the criminal court of Cook County for the crime of forcible rape. Defendants pleaded not guilty, were tried by the court without a jury, and found guilty. Augustine B. Gonzalez, Robert Gonzalez, and Robles were sentenced to imprisonment in the penitentiary for terms of thirty-five, thirty and fifteen years, respectively. Encarnation Gonzalez, who was sentenced to five years' imprisonment, prosecuted a separate writ of error and, at the January, 1953, term, the judgment against him was reversed, without remandment. (*People* v. *Gonzalez, ante,* page 205.) Augustine B. Gonzalez, Robert Gonzalez, and Robles prosecute the present writ of error.

To obtain a reversal, defendants contend that the evidence is insufficient to sustain the judgment of conviction. The evidence has been set forth in our opinion in *People* v. *Gonzalez, ante,* page 205. Repetition would serve no useful purpose. For the reasons assigned in *People* v. *Gonzalez, ante,* page 205, we are of the opinion that the evidence was insufficient to prove the charge of forcible rape against any one of these three defendants.

The judgment of the criminal court of Cook county is therefore reversed.

*Judgment reversed.*